

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00364-CR

| | | |
|---|---|---|
| Charles Blackshire a/k/a Charlie Blackshire | § | From the 396th District Court |
| | § | of Tarrant County (1270086D) |
| v. | § | August 29, 2013 |
| | § | Opinion by Justice Meier |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect $284 in court costs on page 1 of the judgment and the reparations amount to reflect $1,032 (which includes the appointed attorney fees in the amount of $900) on page 2 of the judgment. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By _____
Justice Bill Meier